JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHYALER,<br><br>　　　　Plaintiff,<br>vs.<br><br>HERBERT RITTS, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendant. | **Case No.: 2:19-cv-05819-ODW-JPR**<br><br>*Hon. Otis D. Wright, II*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: July 5, 2019<br>Trial Date:　　TBD |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff James Shayler's ("Plaintiff") entire action is dismissed with prejudice, including all claims stated against Defendant Herbert Ritts, Inc. ("Defendant").

Dated: November 8, 2019

　　　　　　　　　　　　　　　　　　　　Otis D. Wright, II
　　　　　　　　　　　　　　　　　　　　United States District Judge